ORIGINAL

FILED
JUN 1 8 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**JAMES ROMANO and**
**SECURE ACCESS CORPORATION,**

**Plaintiffs,**

No. 07-396 C

**v.**

**THE UNITED STATES,**

**Defendant.**

**PLAINTIFF SECURE ACCESS CORPORATION'S**
**DISCLOSURE OF CORPORATE AFFILIATIONS**

As required by Rule 7.1 of the Rules of the United States Court of Federal Claims, the undersigned counsel of record for Plaintiff Secure Access Corporation ("SAC") certifies that to the best of his knowledge, SAC is a wholly owned subsidiary of Acacia Patent Acquisition Corporation ("APAC"). APAC is a wholly owned subsidiary of Acacia Research Corporation, which is a publicly traded entity. All of these entities have a principal place of business located at 500 Newport Center Drive, Suite 700, Newport Beach, California 92660.

These representations are made to allow judges of this Court to determine the need for recusal.

Respectfully submitted,

Dated: June 18, 2007

David C. Tobin
TOBIN O'CONNOR, EWING & RICHARD
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C. 20015
dctobin@tobinoconnor.com
(202) 362-5900
(202) 362-6579 (fax)

Of counsel:
Jonathan T. Suder
Edward R Nelson, III
Steven W. Hartsell
FRIEDMAN SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
(817) 334-0401 (fax)

**ATTORNEYS FOR PLAINTIFF**