IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAMES ROMANO AND<br>SECURE ACCESS CORPORATION, | ) | |
| Plaintiffs, | ) | No. 07-396 C |
| v. | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Trevor M. Jefferson as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Trevor M. Jefferson
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

s/*Trevor M. Jefferson*
TREVOR M. JEFFERSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Phone: (202) 307-0333
Facsimile: (202) 307-0345

Of Counsel:

GARY L. HAUSKEN
Assistant Director

Dated: August 1, 2007