IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAMES ROMANO AND SECURE ACCESS CORPORATION, | ) | |
| Plaintiffs, | ) | No. 07-396 C |
| v. | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

Defendant, the United States, moves pursuant to Rule 6(b), Rules of the Court of Federal Claims ("RCFC"), for an enlargement of time to respond to Plaintiffs' Complaint, filed June 18, 2007. Defendant requests an extension of sixty (60) days from August 17, 2007, the time now set, to and including October 16, 2007. This is the government's first motion for an enlargement of its time to respond to the Complaint. By telephone conference on August 13, 2007, counsel for Plaintiffs advised counsel for the government that Plaintiffs do not oppose the requested sixty (60) day enlargement.

This case concerns a claim of infringement of patent relating to a system for certain physical access control security systems that utilize smart cards, which were procured and implemented by the Department of Defense and the General Services Administration. See Complaint, paragraph 8. Defendant seeks this enlargement so as to permit counsel for the government an adequate amount of time to complete his investigation and to prepare the government's Answer, or response to the Complaint, with as much information as possible. The Department of Defense, General Services Administration and related agencies of the government

are still investigating and gathering information to be provided to the government's counsel. In addition, it appears that the government may lack sufficient information regarding the identity of the components and implementation of the accused systems in plaintiffs' Complaint. See Complaint, paragraph 8. The requested enlargement would permit counsel to complete tasks such as investigating the facts surrounding the issues of this lawsuit, locating relevant documents and interviewing knowledgeable agency employees, as well as seeking information from government contractors. The government will make every effort to complete its response within the time requested.

For the above reasons, the government respectfully requests that this unopposed Motion be granted, and the time to respond to Plaintiffs' Complaint be extended to and including October 16, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

Of Counsel:

GARY L. HAUSKEN
Assistant Director

s/*Trevor M. Jefferson*
Trevor M. Jefferson
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0333
Facsimile: (202) 307-0345

August 14, 2007