# In the United States Court of Federal Claims

No. 07-396 C

(E-Filed: October 18, 2007)

| | |
|---|---|
| JAMES ROMANO and<br>SECURE ACCESS CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court orders that on October 18, 2007, at 4:00 p.m. Eastern Standard Time, the court will hold a Telephonic Status Conference to discuss the parties' briefing schedule. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge