# In the United States Court of Federal Claims

No. 07-396 C

(E-Filed: October 18, 2007)

JAMES ROMANO and
SECURE ACCESS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Further to the Telephonic Status Conference (TSC) held on Thursday, October 18, 2007, there will be a TSC on Wednesday, October 31, 2007, at 2:00 p.m. Eastern Time to discuss what the parties have been able to achieve in terms of clarifying the standing issues raised in Defendant's Motion for More Definite Statement (Defendant's Motion). A Sprint operator will initiate the call. The time to file an answer is extended until further notice and there will be no briefing on Defendant's Motion absent further notice from the court.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge