**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| JAMES ROMANO and<br>SECURE ACCESS CORPORATION,<br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 07-396 C<br><br>Judge Emily Hewitt |

**UNOPPOSED MOTION TO WITHDRAW THE MOTION FOR A MORE DEFINITE STATEMENT [DOCKET NO. 7], SET DATE FOR THE GOVERNMENT'S ANSWER AND TO REQUEST CANCELLATION OF THE STATUS CONFERENCE**

The United States, through the undersigned counsel, hereby moves the court to withdraw the previously-filed Defendant's Motion for More Definite Statement [Docket No. 7] and to set a date for the Government's Answer to the Complaint, in accordance with this court's previous Order of October 18, 2007 [Docket No. 9]. Further, the Government requests that the court cancel the status conference scheduled for tomorrow, October 31, 2007.

On October 16, 2007, the United States filed Defendant's Motion for More Definite Statement [Docket No. 7] ("Defendant's Motion"). Then, following a telephonic status conference on October 18, 2007, plaintiffs provided further information regarding the standing of the plaintiffs in this litigation. Upon review of the information provided by counsel, Defendant is now satisfied that it has sufficient information to answer the Complaint, as filed. While issues relating to plaintiffs' standing or right to recover may still exist, those issues will require further development through discovery and are best addressed after Defendant has answered. However, since Defendant now has sufficient

information to answer the Complaint, Defendant's Motion is now moot and can be withdrawn.

In conferences between counsel for the parties, Defendant requested that it be given until November 13, 2007 to answer the Complaint in this case. Plaintiff's counsel does not object to Defendant's requested response date. The additional time is requested due to exceptional family circumstances that will require Defendant's counsel of record to be unavailable during the next two weeks. The additional two weeks will be sufficient to permit counsel for Defendant to review the available material and answer the Complaint.

In its Order [Docket No. 9], the court directed that the parties appear for a telephonic status conference on October 31, 2007 at 2:00 p.m., Eastern Time, for the purpose of discussing further proceedings with respect to Defendant's Motion. Since Defendant now withdraws its motion and the parties have agreed to a date certain for Defendant's Answer, the parties further request that the status conference be cancelled or, at least, postponed until after the United States has answered.

The undersigned counsel for the United States contacted Plaintiff's counsel earlier today, October 30, 2007, to discuss this motion. Plaintiff's counsel indicated that Plaintiff will not oppose the motion.

Accordingly, Defendant requests that the court:

(1) Grant Defendant's request to withdraw Defendant's Motion for More Definite Statement;

(2) Order that the United States shall answer the Complaint on or before November 13, 2007; and

(3) Cancel the status conference set for October 31, 2007 at 2:00 p.m., Eastern Time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

/s/ *Gary L. Hausken*
GARY L. HAUSKEN
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0342
Facsimile: (202) 307-0345

October 30, 2007

Counsel for the United States