# In the United States Court of Federal Claims

No. 07-396 C

(E-Filed: October 31, 2007)

JAMES ROMANO and
SECURE ACCESS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is defendant's Unopposed Motion to Withdraw the Motion for a More Definite Statement [Docket No. 7], Set Date for the Government's Answer and to Request Cancellation of the Status Conference. The court GRANTS defendant's Motion to Withdraw. Defendant's Motion for a More Definite Statement is considered MOOT. Defendant shall answer the Complaint on or before November 13, 2007. The Telephonic Status Conference (TSC) scheduled for Wednesday, October 31, 2007, at 2:00 p.m. Eastern Time is CANCELLED.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge