# In the United States Court of Federal Claims

No. 07-396 C

(E-Filed: January 4, 2008)

JAMES ROMANO and
SECURE ACCESS CORPORATION,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Pursuant to the suggested dates provided in the parties' Joint Preliminary Status Report (JPSR), filed January 3, 2008, the court will hold a Telephonic Status Conference on Wednesday, January 23, 2008, at 3:00 p.m. Eastern Standard Time, to discuss the information contained in the parties' JPSR. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge