# In the United States Court of Federal Claims

No. 07-396 C

(E-Filed: January 23, 2008)

| | |
|---|---|
| JAMES ROMANO and<br>SECURE ACCESS CORPORATION, | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The Telephonic Status Conference scheduled for Wednesday, January 23, 2008, at 3:00 p.m. Eastern Standard Time, to discuss the information contained in the parties' JPSR, will be rescheduled for Thursday, January 24, 2008, at 3:00 p.m. Eastern Standard Time. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge