# In the United States Court of Federal Claims

No. 07-396 C

(E-Filed: January 24, 2008)

JAMES ROMANO and
SECURE ACCESS CORPORATION,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Pursuant to the Telephonic Status Conference (TSC) held with the parties on Thursday, January 24, 2008, the court approves the parties' requests for discovery set forth in sections II(e), (f), (g) and (h) of the parties' Joint Preliminary Status Report (JPSR), filed January 3, 2008. The court also approves the parties' proposed schedule relating to claim construction as follows:

1. Plaintiffs will provide their Preliminary Claim Charts to defendant on or before April 3, 2008.
2. Defendant will provide its Responsive Charts on or before May 28, 2008.
3. Plaintiffs will provide their Proposed Claim Construction Statement on or before June 19, 2008.
4. Defendant will provide its Response to Proposed Claim Construction on or before July 10, 2008.
5. The parties will meet and Confer for a Joint Claim Construction Statement on or before July 22, 2008.
6. The parties will provide the court with a Joint Claim Construction Statement on or before July 31, 2008

The court will hold a TSC on Friday, August 1, 2008, at 11:00 a.m. Eastern Time, to discuss additional steps toward claim construction. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge