# In the United States Court of Federal Claims

No. 07-396 C

(E-Filed: March 28, 2008)

| | |
|---|---|
| JAMES ROMANO and SECURE ACCESS CORPORATION, | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Unopposed Motion For Leave to File A Motion For Rule 14 Notice (defendant's Motion for Leave), filed March 5, 2008. Based on the representations contained therein, and because it is unopposed, defendant's Motion for Leave is GRANTED. A copy of Defendant's Unopposed Motion For Rule 14 Notice to BAE Systems, Inc. (defendant's Motion For Rule 14 Notice) is attached to defendant's Motion for Leave as Exhibit A. The Clerk of the Court shall FILE defendant's Motion For Rule 14 Notice. Based on the representations contained therein, and because it is unopposed, defendant's Motion For Rule 14 Notice is GRANTED. The Clerk of the Court shall issue NOTICE to BAE Systems, Inc. pursuant to Rule 14 of the Rules of the United States Court of Federal Claims (RCFC).

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge