# In the United States Court of Federal Claims

No. 07-396 C

(E-Filed: March 31, 2008)

JAMES ROMANO and
SECURE ACCESS CORPORATION,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Unopposed Motion For Rule 14 Notice to BAE Systems, Inc. (defendant's Motion). Based on the representations contained therein, and because it is unopposed, defendant's Motion is GRANTED. The Clerk of the Court shall issue NOTICE to BAE Systems, Inc. pursuant to Rule 14 of the Rules of the United States Court of Federal Claims (RCFC).

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge