IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAMES ROMANO and<br>SECURE ACCESS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 07-396 C<br><br>Judge Emily Hewitt |

**DEFENDANT'S UNOPPOSED MOTION TO AMEND THE**
**RULE 14 NOTICE TO BAE SYSTEMS, INC.**

Defendant, the United States ("the government"), respectfully requests that the Court amend its Rule 14 notice to BAE SYSTEMS INC., to reflect the proper corporate entity BAE SYSTEMS APPLIED TECHNOLOGIES INC.. Accordingly, the proper third party to appear, if it so desires, as a party to this lawsuit and to assert whatever interest it may have herein is:

BAE Systems Applied Technologies Inc.
Attention: Leo Millstein, Chief Counsel
1601 Research Blvd.
Rockville, Maryland 20850

STATEMENT IN SUPPORT OF MOTION

It has since come to the government's attention that Contract No. N65236-98-D-7812, involving the procurement of systems that potentially fall within the scope of Plaintiffs' asserted claims, was awarded, via work orders, to BAE Systems Applied Technologies, Inc., a distinct juristic person [or corporate entity] from BAE Systems, Inc. Accordingly, the proper entity for Rule 14 notice is BAE Systems Applied Technologies Inc. and not BAE System Inc. as identified in the government's prior motion which the court granted on March 31, 2008 (Docket

Number 21). To effect proper notice to the contractor, and avoid objections to service, we request that the Court's rule 14 notice be amended and reissued to reflect that the party to be notified is BAE Systems Applied Technologies Inc., as identified above.

CONCLUSION

For the above reasons, the government respectfully requests that the Court amend and reissue its RCFC Rule 14 notice to identify BAE Systems Applied Technologies Inc., as the entity to be noticed.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN J. FARGO
Director

*s/Trevor M. Jefferson*
TREVOR M. JEFFERSON
Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0333
Facsimile: (202) 307-0345

OF COUNSEL:
GARY HAUSKEN
Assistant Director

April 8, 2008