# In the United States Court of Federal Claims

No. 07-396 C

(E-Filed: April 9, 2008)

| | |
|---|---|
| JAMES ROMANO and SECURE ACCESS CORPORATION, | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court are a Notice of Change of Firm Affiliation and Address (with respect to Edward R. Nelson, III), filed by Edward R. Nelson, III on April 8, 2008 and a Notice of Change of Firm Affiliation and Address (with respect to Steven W. Hartsell), filed by Edward R. Nelson, III on April 9, 2008. Neither Mr. Nelson nor Mr. Hartsell is the attorney of record in this case. See Rule 83.1(c)(2) of the Rules of the United States Court of Federal Claims (RCFC). There is no provision in the RCFC for providing notices of activity in cases to an attorney who is not an attorney of record pursuant to RCFC 83.1(c)(2). Neither Mr. Nelson nor Mr. Hartsell will be provided notices by the court at any address.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge