IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAMES ROMANO and<br>SECURE ACCESS CORPORATION, | ) | |
| Plaintiffs, | ) | No. 07-396 C |
| v. | ) | Judge Emily Hewitt |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO AMEND THE SCHEDULE RELATING TO CLAIM CONSTRUCTION**

Defendant, the United States ("the government"), respectfully requests that the court amend its Order filed on January 24, 2008, for the schedule relating to claim construction. A proposed order is attached as Exhibit A. To provide additional time for the government's discovery, the parties have jointly modified the schedule relating to claim construction. The additional time will allow for discovery related to the accused systems and the asserted patent, which are used to produce the claim construction disclosures required in the scheduling order.

STATEMENT IN SUPPORT OF MOTION

To accommodate discovery related to the accused systems and devices, the parties have mutually agreed to extend the deadline for defendant's responses to plaintiffs' discovery requests until May 15, 2008. This extension of the date for defendant's responses necessarily delayed plaintiffs' disclosures pursuant to the claim construction schedule issued in the court's Order on

January 24, 2008. Pursuant to that order, plaintiffs' first claim construction disclosure was due April 4, 2008, which the parties had mutually agreed to extend until May 1, 2008, to allow for accused product discovery.

In light of the agreed upon discovery extension for defendant beyond the date for plaintiffs' claim construction disclosure, the parties agreed to modify the entire schedule relating to claim construction disclosures. Amending the schedule allows the parties to receive and review discovery related to the accused products and systems in preparation for the claim charts and responsive charts required in the court's scheduling order relating to claim construction. It also provides sufficient time for the parties to review the claim construction disclosures. Accordingly, the parties conferred and agreed to the following amended schedule relating to claim construction. The originally scheduled dates are listed in parentheses after each proposed amended date.

<u>Parties' Proposed Amended Schedule Relating to Claim Construction</u>

1. Plaintiffs will provide their Preliminary Claim Charts to defendant on or before June 12, 2008 (previously May 1, 2008).

2. Defendant will provide its Responsive Charts on or before July 10, 2008 (previously May 28, 2008).

3. Plaintiffs will provide their Proposed Claim Construction Statement on or before August 1, 2008 (previously June 19, 2008).

4. Defendant will provide its Response to Proposed Claim Construction on or before August 15, 2008 (previously July 10, 2008).

5. The parties will meet and confer for a Joint Claim Construction Statement on or before August 21, 2008 (previously July 22, 2008).

6. The parties will provide the court with a Joint Claim Construction Statement on or before September 9, 2008 (previously July 31, 2008).

Consistent with the court's January 24, 2008 Order, the parties request that the court set a telephonic status conference on or after the Joint Claim Construction Statement is filed to discuss additional steps toward claim construction.

The amendments to the schedule proposed above will allow the government to provide discovery responses to plaintiffs' discovery requests regarding the accused systems that are distributed throughout the accused United States agencies and that occurred within the damages period. The amended schedule also provides additional time for the parties to review the produced documents as well as identify potential third parties related to this action.

CONCLUSION

For the above reasons, the government respectfully requests that the court approve the parties' amendments proposed above and amend its January 24, 2008 Order regarding the schedule relating to claim construction. A proposed order is attached as Exhibit A.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN J. FARGO
Director

*s/Trevor M. Jefferson*

TREVOR M. JEFFERSON
Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0333
Facsimile: (202) 307-0345

OF COUNSEL:
GARY HAUSKEN
Assistant Director

April 24, 2008