IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAMES ROMANO and<br>SECURE ACCESS CORPORATION, | ) | |
| Plaintiffs, | ) | No. 07-396 C |
| v. | ) | Judge Emily Hewitt |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**ORDER**

Pursuant to Defendant's Unopposed Motion to Amend the Schedule Relating to Claim Construction, the court approves amendments to the schedule relating to claim construction and modifies its January 24, 2008, Order as follows:

Amended Schedule Relating to Claim Construction

1. Plaintiffs will provide their Preliminary Claim Charts to defendant on or before June 12, 2008.
2. Defendant will provide its Responsive Charts on or before July 10, 2008.
3. Plaintiffs will provide their Proposed Claim Construction Statement on or before August 1, 2008.
4. Defendant will provide its Response to Proposed Claim Construction on or before August 15, 2008.
5. The parties will meet and confer for a Joint Claim Construction Statement on or before August 21, 2008.
6. The parties will provide the court with a Joint Claim Construction Statement on or before September 9, 2008.

The court will hold a TSC on ______________________ following the filing of the Joint Claim Construction Statement to discuss additional steps toward claim construction

IT IS SO ORDERED.

______________________
EMILY C. HEWITT
Judge