IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAMES ROMANO and<br>SECURE ACCESS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br>No. 07-396 C<br><br>Judge Emily Hewitt |

**DEFENDANT'S RETURN OF SERVICE OF RULE 14 NOTICE**
**<u>TO BAE SYSTEMS APPLIED TECHNOLOGIES, INC.</u>**

Pursuant to Rule 14(b)(5) of the Rules of the Court of Federal Claims, Defendant, the United States ("the government"), hereby files a copy of the return of service upon BAE Systems Applied Technologies Inc. A copy of the Notice along with a copy of the Domestic Return Receipt showing service on April 17, 2008 is attached as Exhibit A.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN J. FARGO
Director

*s/Trevor M. Jefferson*

TREVOR M. JEFFERSON
Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0333
Facsimile: (202) 307-0345

OF COUNSEL:
GARY HAUSKEN
Assistant Director

April 25, 2008