# In the United States Court of Federal Claims

No. 07-396 C

(E-Filed: April 28, 2008)

JAMES ROMANO and
SECURE ACCESS CORPORATION,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is Defendant's Unopposed Motion to Amend the Schedule Relating to Claim Construction (defendant's Motion), filed April 24, 2008. For the reasons stated therein, and because it is unopposed, defendant's Motion is GRANTED. The court amends its scheduling order of January 24, 2008 relating to claim construction as follows:

1. Plaintiffs will provide their Preliminary Claim Charts to defendant on or before Thursday, June 12, 2008.
2. Defendant will provide its Responsive Charts on or before Thursday, July 10, 2008.
3. Plaintiffs will provide their Proposed Claim Construction Statement on or before Friday, August 1, 2008.
4. Defendant will provide its Response to Proposed Claim Construction on or before Friday, August 15, 2008.
5. The parties will meet and Confer for a Joint Claim Construction Statement on or before Thursday, August 21, 2008.

6. The parties will provide the court with a Joint Claim Construction Statement on or before Tuesday, September 9, 2008

The court will hold a TSC on Friday, September 12, 2008, at 11:00 a.m. Eastern Daylight Time, to discuss additional steps toward claim construction. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge