**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JAMES ROMANO AND SECURE ACCESS CORPORATION, | ) | |
| Plaintiffs, | ) | No. 07-396 C |
| v. | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**<u>STIPULATION FOR THE ENTRY OF JUDGMENT</u>**

For the purpose of compromising and settling the disputes between them, Plaintiffs, James Romano and Secure Access Corporation, and Defendant, the United States ("the government"), stipulate to the following:

1. Plaintiffs are the exclusive owners of all right, title, and interest in U.S. Patent No. RE33,873.

2. Plaintiffs brought this action pursuant to 28 U.S.C. § 1498(a) seeking reasonable and entire compensation for the alleged infringement by or for the government of said patent.

3. Plaintiffs have submitted a written offer to the government to settle this action by fully releasing the United States from all claims that were or could have been brought in this case.

4. The government, by its duly authorized representative of the Attorney General, has duly agreed to accept this offer.

5. In consideration for this Stipulation for Entry of Judgment and the release set forth in ¶ 3 above, the parties have agreed that judgment in this action be entered in favor of Plaintiffs and against the government for a total lump sum of Eighty Thousand Dollars ($80,000.00).

6. In accordance with the terms of the offer and the acceptance and to secure the performance thereof, the government, by its authorized representative of the Attorney General, and Plaintiffs, through their attorney of record, hereby enter into this Stipulation to be filed in the above-identified action for the purpose of causing a final judgment to be entered against the government in accordance with the terms set forth above.

7. The parties agree to bear their own costs and attorney fees.

8. In the event that the Court declines to enter judgment in accordance with this Stipulation, in whole or in part, the Stipulation shall be void, and without prejudice to any party.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN J. FARGO
Director
(Authorized representative of the Attorney General)

TREVOR M. JEFFERSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0333
Facsimile: (202) 307-0345

*Attorneys for the United States*

OF COUNSEL:
GARY L. HAUSKEN
Assistant Director

September 8, 2008

Dated: September 8, 2008

Respectfully submitted,

David C. Tobin Esq.
TOBIN O'CONNOR & EWING
5335 Wisconsin Avenue, NW, Suite 700
Washington, DC 20015
(202) 362-5900
(202) 362-5901 (fax)

Edward R. Nelson, III
Edward E. Casto, Jr.
Steven W. Hartsell
NELSON BUMGARDNER CASTO, P.C.
5601 Bridge Street, Suite 300
Fort Worth, Texas 76112
(817) 377-9111
Fax (817) 377-3485
enelson@nbclaw.net
ecasto@nbclaw.net
shartsell@nbclaw.net

Jonathan T. Suder
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334 0400
Fax (817) 334 0401
jts@fsclaw.com

*Attorneys for Plaintiffs*