# In the United States Court of Federal Claims

No. 07-396 C

(E-Filed: September 9, 2008)

JAMES ROMANO and
SECURE ACCESS CORPORATION,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Stipulation for the Entry of Judgment (Stipulation) filed on September 8, 2008. Plaintiffs filed this case on June 18, 2007 claiming that defendant infringed a patent owned by plaintiffs and that plaintiffs were owed compensation pursuant to 28 U.S.C. § 1498(a). The court approves the Stipulation and ORDERS THE ENTRY OF JUDGMENT in accordance with the terms of the Stipulation.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge